UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| DAVID PANNELL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CAUSE NO. 3:18-CV-115-PPS-MGG |
| vs. | ) | |
| | ) | |
| ALLISON M. EVERLY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

David Pannell, a prisoner without a lawyer, filed this case in the LaPorte Superior Court. The Defendants removed it here because it included federal claims. It was their right to do so. *See* 28 U.S.C. § 1441. However, Pannell cannot litigate in this court because he is a restricted filer. *See Pannell v. Neal*, Case No. 17-1573 (7th Cir. April 11, 2017). Therefore, it is impossible for this case to proceed in this court.

The defendants cannot be made to litigate federal claims in State court if they choose to remove them. However, the restriction which precluded Pannell from litigating civil cases in this court did not preclude him from litigating State claims in State court. These competing interests can be accommodated by dismissing the federal claims and remanding the State claims back to State court.

For these reasons, the federal claims are **DISMISSED WITHOUT PREJUDICE** and the remaining State claims are **REMANDED** to the LaPorte Superior Court in 46D02-1801-PL-113.

SO ORDERED on February 23, 2018.

    /s Philip P. Simon
JUDGE
UNITED STATES DISTRICT COURT